UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.W., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BLUE SHIELD OF CALIFORNIA,<br><br>        Defendant. | Case No. 18-cv-06553-VC<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>Re: Dkt. No. 46 |

The parties' stipulated request to dismiss the entire action with prejudice is granted.

**IT IS SO ORDERED.**

Dated: June 7, 2019

VINCE CHHABRIA
United States District Judge